## EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

MONDAIRE JONES
VASUDHA TALLA

ERIC ABRAMS
DAVID BERMAN
NICK BOURLAND
DANIEL M. EISENBERG
ARIADNE M. ELLSWORTH
SARA LUZ ESTELA

> Application granted.
>
> The initial pretrial telephone conference scheduled for 12/14/2023 at 12:30 p.m. is adjourned to 12/14/2023 at 4:00 p.m. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         October 24, 2023

*Via ECF*

Honorable Philip M. Halpern
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
Room 520
300 Quarropas St.
White Plains, NY 10601-4150

*Re:*   *7:23-cv-07364*-**PMH, Barron v. Village of Bronxville et al.**

Dear Judge Halpern:

   This firm represents Plaintiff Miguel Barron in the above-captioned case. We write to respectfully request that the initial status conference currently scheduled for December 14, 2023 at 12:30 p.m. be adjourned to that same day but at 2:30 p.m. or later. Defendants' counsel consents to this request. We request this adjournment because the undersigned has a previously-scheduled mediation taking place in the SDNY Manhattan courthouse earlier in the day and would not be able to attend the telephonic hearing in this case at 12:30 p.m.

   We thank the Court for its consideration.

             Respectfully submitted,
             */s/ Andrew G. Celli, Jr.*

             Anderw G. Celli, Jr.
             Sarah Mac Dougall

cc. All counsel of record via ECF