UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL BARRON,<br><br>                                Plaintiff,<br><br>– against –<br><br>THE VILLAGE OF BRONXVILLE; Bronxville Police Department Officer MATTHEW S. STEIN; and Bronxville Police Department Officer JASON W. COOPER,<br><br>                                Defendants. | Case No. 7:23-cv-07364 (PMH)<br><br>**JUDGMENT** |

WHEREAS, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants THE VILLAGE OF BRONXVILLE, MATTHEW S. STEIN, and JASON W. COOPER offered to allow Judgment to be entered against them in this action in the amount of $150,000.00 and by the terms of their Offer of Judgment under Federal Rules of Civil Procedure 68, which was served on February 28, 2024; and

WHEREAS, Plaintiff MIGUEL BARRON accepted the Offer of Judgment by Notice of Acceptance dated and filed on March 7, 2024;

Judgment is hereby entered against Defendants THE VILLAGE OF BRONXVILLE, MATTHEW S. STEIN, and JASON W. COOPER, jointly and severally, in the amount of $150,000.00.

Dated: White Plains, New York
           March 8, 2024

_____
Philip M. Halpern
United States District Judge